IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

4:22-CR-3060

vs.

ORDER

THEODORE G. SINGLETON,

Defendant.

This matter is before the Court on the defendant's objection (filing 73) to the Magistrate Judge's Findings and Recommendation (filing 65) recommending that the defendant's motion to suppress (filing 55) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation. Accordingly,

IT IS ORDERED that the defendant's objection (filing 73) is overruled.

Dated this 30th day of August, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge